UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    2:25-cv-10032-KK (SK)                    Date: January 29, 2026

Title    Joshua Torres v. Chance Andes


Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |


**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

Petitioner's opposition to respondent's motion to dismiss his 28 U.S.C. § 2254 petition was due on December 31, 2025.  (ECF 10).  Yet as of this order, petitioner has filed no timely opposition.  By not timely opposing the motion to dismiss, petitioner may be considered to have consented to the granting of the motion.  *See* L.R. 7-12.

Petitioner is therefore ordered to show cause in writing **by no later than February 25, 2026** why this habeas action should not be dismissed for failure to oppose respondent's motion to dismiss.  Petitioner may discharge this order by voluntarily dismissing his petition (using the attached form CV-09y) or by filing his opposition to the motion to dismiss by February 25, 2026.  Otherwise, failure to respond to and comply with this order may lead to involuntary dismissal of the entire action for lack of prosecution and noncompliance with court orders.  *See* L.R. 41-1; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.


CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **1**